upon the reservation by section 3 of the Indian Law, and a permit granted to the mother of respondent would necessarily operate for respondent's advantage since otherwise it would lie in the power of the Chiefs to remove from the reservation the children of the marriage, which cannot have been the intention of sections 3 or 8.

The order appealed from should be affirmed, with costs.

LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ., concur.

Order affirmed.

In the Matter of THOMAS E. COTTER, JR., Respondent, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued November 16, 1953; decided January 14, 1954.

*Denis M. Hurley, Corporation Counsel (Anthony Curreri* and *Seymour B. Quel* of counsel), for appellants.

*Victor Konow, Leopold V. Rossi, Lester G. Knopping* and *John H. Scully* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of VIRGINIA REPPER, on Behalf of Herself and All Other Residents and Property Owners in Harbor Island, Island Park, Nassau County, Similarly Situated, Appellant, against A. HOLLY PATTERSON et al., Constituting the Town Board of the Town of Hempstead, Respondents, and OIL PRODUCTS, INC., et al., Interveners, Respondents.

Argued October 20, 1953; decided January 14, 1954.